IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00216–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUDE A. DURAN,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 28, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is June 27, 2008.  All responses shall be filed by July 3, 2008. A hearing on the motions, if necessary, is set for **July 11, 2008**, at 3:15 o'clock p.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **July 18, 2008**.  The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, July 16, 2008.

Dated: June 6, 2008