IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00216–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUDE A. DURAN,

    Defendant.

---

**SECOND ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **October 14, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>September 12, 2008</u>. All responses shall be filed by <u>September 19, 2008</u>. A hearing on the motions, if necessary, is set for **September 26, 2008**, at 9:30 o'clock a.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Friday, **October 3, 2008**. The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, October 1, 2008.

Dated: July 15, 2008